IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARBARA G. VINCENT and
BARRY C. VINCENT                                                         PLAINTIFFS

VS.                                    3:20CV00417 JM

BOSTON SCIENTIFIC CORPORATION                                DEFENDANT

## ORDER

This case was directly filed in the United States District Court for the Southern District of West Virginia as part of MDL 2326 (the "MDL"), case 2:13-cv-08669. On December 9, 2020, the MDL Court issued a Transfer Order, transferring the case to this Court. The case was returned with six pending motions filed in 2015 and 2016. (Docket #'s 47, 49, 86, 107, 108 and 109). These motions are denied without prejudice to refile in accordance with the deadlines set by the Court in this case. If the parties contend that any previously filed motion was untimely according to the scheduling order issued by the MDL, those arguments can be made upon refiling.

IT IS SO ORDERED this 12th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE